# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re REED E. SLATKIN and Substantively Consolidated Affiliates TOPSIGHT OREGON, INC., and REED SLATKIN INVESTMENT CLUB, L.P.<br><br>DONALD L. SIMONS, KAREN A. SIMONS, NATIONAL FINANCIAL SERVICES CORPORATION, DOES 1-25, inclusive,<br><br>                Appellants<br><br>  v.<br><br>R. TODD NEILSON, Trustees of Chapter 11 Bankruptcy Estate of Reed E. Slatkin,<br><br>                Appellee. | CV 08-3358 RSWL<br><br>**ORDER TO SHOW CAUSE RE: BANKRUPTCY APPEAL** |

    The appeal in the above bankruptcy matter has been assigned to this Court. 11 U.S.C. § 8002(a) requires that Appellants file notice of appeal with the Clerk of the Bankruptcy Court within ten (10) days of the date of entry of the Order, Judgment or Decree from which the appeal is taken. Failure to timely file the notice

1

1 deprives the Court of jurisdiction.  In the Matter of
2 Ramsey, 612 F.2d 1220, 1222 (9th Cir. 1980).
3     Within ten (10) days after filing of the notice of
4 appeal, the appellant must file a statement of the
5 issues on appeal and the notice re: ordering of the
6 reporter's transcript or waiver thereof with the Clerk
7 of the District Court.  11 U.S.C. § 8006.
8     Within thirty (30) days after the filing of the
9 statement, Appellant must file the reporter's
10 transcript, if required, with the Clerk of the Court.
11 Within fifteen (15) days of the filing of the
12 transcript or the notice that a transcript is not
13 needed, Appellant must file and serve the appeal brief
14 and excerpts of record.  Within fifteen (15) days after
15 service of the Appellant's brief, the Appellee must
16 file and serve the appellee brief.  11 U.S.C. §
17 8009(a)(2).
18     Within ten (10) days after service of the reply
19 brief, the Appellant must notify the Courtroom Deputy
20 of this Court that the record is complete for the
21 purposes of the appeal, so that the appeal may be
22 calendared for oral argument or taken under submission.
23     It appears from the record in this matter that the
24 required documents have not been filed by Appellants.
25 ///
26 ///
27 ///
28 ///

```
 1  Therefore, Appellants are ORDERED TO SHOW CAUSE within
 2  ten (10) days why this matter should not be dismissed
 3  for lack of prosecution.
 4
 5  IT IS SO ORDERED.              /s/    RONALD S.W. LEW
 6                         _____
 7                              HONORABLE RONALD S.W. LEW
 8                         Senior, U.S. District Court Judge
 9
10  DATED:    January 9, 2009
```